**UNITED STATES of America, Plaintiff–Appellee,**

v.

**John Devin BULLOCK, Defendant–Appellant.**

No. 05–20127.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided April 12, 2006.

James Lee Turner, Assistant U.S. Attorney, Ralph Edward Imperato, U.S. Attor-

ney's Office, Houston, TX, for Plaintiff–Appellee.

Thomas A. Glenn, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent defendant-appellant John Devin Bullock has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Bullock has not filed a response. Our independent review of the brief and the record discloses no non-frivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.